UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION

PLAINTIFF(S)

v.

N1 TECHNOLOGIES, INC., et al.,

DEFENDANT(S).

CASE NUMBER
1:17−cv−23618−KMM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**N1 Technologies, Inc.**
**NanoSave Technologies, Inc.**

as of course, on the date January 17, 2018.

STEVEN M. LARIMORE
CLERK OF COURT

By  /s/ *Ketly Pierre*
Deputy Clerk

cc: Chief Judge K. Michael Moore
    Securities and Exchange Commission