UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CV-23618-KMM

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

N1 TECHNOLOGIES, INC., *et al.*,

        Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR DISMISSAL OF CLERK'S DEFAULT AGAINST DEFENDANT N1 TECHNOLOGIES, INC.

Before the Court is Plaintiff Securities and Exchange Commission's Motion for Dismissal of Clerk's Default Against N1 Technologies, Inc. Having considered the Motion and the record, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Clerk of Court is directed to remove the entry of default against Defendant N1 Technologies, Inc.

**DONE AND ORDERED** in Chambers in Miami, Florida, this ____ day of _____ 2018.

                                              _____
                                              **K. MICHAEL MOORE, CHIEF JUDGE**
                                              **UNITED STATES DISTRICT COURT**

Copies to:   Counsel of record